*Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

## Howard J. DANANBERG, D.P.M., Plaintiff–Appellant,

v.

## PAYLESS SHOESOURCE, INC., Defendant–Cross Appellant.

Nos. 2006–1344, 2006–1424.

United States Court of Appeals, Federal Circuit.

Nov. 20, 2006.

### ORDER

The parties having so agreed, it is

882

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).